*FILED IN OPEN COURT*
*3/21/07 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| )  | |
| Plaintiff,          ) | |
| )  | CASE NO. **07-49M-MPT** |
| vs.          ) | |
| )  | |
| **MOHAMEDKAMAL KABIRA**          ) | |
| )  | |
| Defendant.          ) | |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **21**$^{ST}$ day of **MARCH**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Sue L. Robinson
United States District Judge

cc: Federal Public Defender
     704 King Street
     First Federal Plaza, Suite 110
     Wilmington, DE 19801
     (302) 573-6010

     Defendant
     United States Attorney



FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE