AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MOHAMEDKAMAL KABIRA

**WARRANT FOR ARREST**

CASE NUMBER: 07- 49M-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mohamedkamal Kabira when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment ___Information  X  Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

*charging the Defendant with possession with intent to deliver Khat, a substance and mixture containing Cathine, a Schedule I drug, and Cathinone, a IV drug*

in violation of Title  21  United States Code, Section (s)  841(a)(1), (b)(1)(C), & (b)(2)

Honorable Sue L. Robinson
Name of Issuing Officer

Chief United States District Judge
District of Delaware
Title of Issuing Officer

_____
Signature of Issuing Officer

March 21, 2007   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _Sue L. Robinson_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3-21-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-21-07 | William Dowd, DUSM | William Dowd |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE