| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | | |
|---|---|---|---|---|---|---|
| U.S. v. KABIRA | WITNESS AND EXHIBIT RECORD | | | | 07-49M | |
| DATE 3/27/07 | CASE NUMBER 07-49M | OPERATOR KINCAID | | | PAGE NUMBER | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| DEA SPECIAL AGENT THOMAS JACOBS | 1701 | 2361 | 3337 | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | CRIMINAL COMPLAINT (AMENDED) | NO OBJ | NO OBJ |
| Gov't 2 | S/W APPLICATION & AFFIDAVIT IN 07-52M | NO OBJ | NO OBJ |
| DEFT #1 | COPY OF FAST FACTS FROM NATIONAL DRUG INTELLIGENCE CENTER | NO OBJ | NO OBJ |
| DEFT #2 | INS LETTER DATED 3/3/02 | NO OBJ | NO OBJ |

FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE