IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 52 - UNA |
| | ) |
| MOHAMEDKAMAL KABIRA, | ) |
| | ) REDACTED |
| Defendant. | ) |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

#### Count I

On or about March 16, 2007, in the State and District of Delaware, MOHAMEDKAMAL KABIRA, defendant herein, did knowingly possess with the intent to distribute a substance or material known as "Khat," containing a detectable quantity of Cathinone, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: 4/12/07



FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE