IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-052-SLR |
| ) | |
| MOHAMEDKAMAL KABIRA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 3d day of May, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, May, 14, 2007** at **8:30 a.m.**, with the court initiating said call.

                                                              _____
                                                              United States District Judge