IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-052-SLR |
| MOHAMEDKAMAL KABIRA, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 25th day of May, 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Friday, June 22, 2007** at **1:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                  _____
                                                                                  United States District Judge