IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,               )
                                   )
    v.                           )  Crim. No. 07-052-SLR
                                   )
MOHAMEDKAMAL KABIRA,               )
                                   )
        Defendant.               )

**ORDER**

At Wilmington this ⁊ᵗʰ day of June, 2007, due a scheduling conflict;

IT IS ORDERED that the change of plea hearing scheduled for **Friday,**

**June 22, 2007** is **rescheduled** to commence at **10:00 a.m.** in courtroom 6B, on the

sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington,

Delaware.

 

 

_____
United States District Judge