IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-052-SLR |
| | ) |
| MOHAMEDKAMAL KABIRA, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 22d day of June, 2007,

IT IS ORDERED that a plea hearing is scheduled for **Friday, June 29, 2007** at **10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

The time between this order and the **June 29, 2007** plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge