*filed in open court*
*HMT 6/29/07*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>    v.                              )   Criminal Action No. 07-52-SLR<br>                                    )<br> MOHAMEDKAMAL KABIRA,               )<br>                                    )<br>            Defendant.              )| |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

Between February and March, 2007, in the State and District of Delaware, MOHAMEDKAMAL KABIRA, defendant herein, did receive and did facilitate the transportation, concealment, and sale of approximately 300 kilograms of a substance or material known as "Khat," knowing that said merchandise had been imported and brought into the United States contrary to law, in violation of Title 18, United States Code, Section 545.

COLM F. CONNOLLY
United States Attorney

BY: _____
Hana H. Eisenstein
Assistant United States Attorney

Dated: June 29, 2007