## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| v. | : Criminal Action No. 07-52-SLR |
| | : |
| MOHAMEDKAMAL KABIRA, | : |
| | : |
| Defendant. | : |

### NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given to entry of appearance of Lesley F. Wolf, as attorney for the plaintiff, United States of America, in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


BY: /s/ Lesley F. Wolf
    Lesley F. Wolf
    Assistant United States Attorney
    The Nemours Building
    1007 Orange Street, Suite 700
    Wilmington, Delaware 19899-2046
    (302) 573-6277
    lesley.wolf@usdoj.gov

Dated: September 14, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-52-SLR |
| ) | |
| MOHAMEDKAMAL KABIRA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 14th day of September 2007, I caused to be electronically filed a Notice of Entry of Appearance with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

>Sidney L. Moore, Jr.
>429 North Dooley Street
>Montezuma, GA 31063

>/s/ Lesley F. Wolf
>Lesley F. Wolf
>Assistant United States Attorney