**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-52-SLR |
| | ) |
| MOHAMEDKAMAL KABIRA, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated April 12, 2007.

          COLM F. CONNOLLY
          United States Attorney


By:    s/Lesley F.Wolf
      Lesley F. Wolf
      Assistant United States Attorney

Dated: October 11, 2007


SO ORDERED this _____ day of October, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Judge