IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-52-SLR |
| ) | |
| MOHAMEDKAMAL KABIRA, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this matter dated April 12, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____s/Lesley F.Wolf_____
Lesley F. Wolf
Assistant United States Attorney

Dated: October 11, 2007

SO ORDERED this __11th__ day of October, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Judge